IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:03CR331 |
| v. | ) | |
| ARTURO RUIZ-CABIAL, | ) | ORDER |
| Defendant. | ) | |

On August 4, 2006, the defendant appeared with counsel, David O'Neill, Assistant Federal Public Defender, for disposition regarding revocation of supervised release. Plaintiff was represented by Assistant United States Attorney, Kimberly C. Bunjer.

Defendant admitted violating a condition of his supervised release whereby he used methamphetamine. Based on defendant's admission, the Court finds defendant has violated the terms and conditions of his supervised release.

IT IS ORDERED:

1) Defendant is in violation of his supervised release and the supervised release is hereby revoked.

2) Defendant is committed to the custody of the Bureau of Prisons for nine (9) months.

2

       3) Upon completion of his sentence, no further term of supervised release is imposed.

       DATED this 9th day of August, 2006.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court